## George BOUDREAUX v. MOON OIL COMPANY, Inc. (Marrs McLEAN, Intervener and Third Opponent).

Court of Appeal of Louisiana. First Circuit.
Jan. 21, 1935.

McCoy, King & Jones and Charles P. Siess, all of Lake Charles, for appellants.

Lewis & Lewis, of Opelousas, for appellee.

ELLIOTT, Judge.

In this case, for the reasons assigned in acting on the claim of George W. Boudreaux v. Moon Oil Company (Marrs McLean, Intervener & Third Opponent), 158 So. 672, in affirming the judgment therein rendered in favor of George W. Boudreaux signed April 25, 1934, the further judgment in favor of said Boudreaux against Marrs McLean, signed July 2, 1934, is also affirmed. Costs are to be paid as stated in the opinion in these consolidated cases heretofore handed down.